SAHARA COAL COMPANY (Until Recently Known as Spring Realty Co.) et al., Appellants, v. SAHARA COAL COMPANY.

No. 10578.

Circuit Court of Appeals, Eighth Circuit.

Feb. 5, 1936.

Jerome F. Duggan, of St. Louis, Mo., for appellants.

Irvin H. Fathchild, of Chicago, Ill., and Theodore Rassieur and Alfred C. Wilson, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee under rule 26, and consent of appellant.

Glen SANDERS v. UNITED STATES of America.

No. 1385.

Circuit Court of Appeals, Tenth Circuit.

Dec. 9, 1935.

Virgil P. Wilson, of Tulsa, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

In the Matter of 7300 LAKE SHORE BUILDING CORPORATION, Debtor.

TWIEHAUS, Appellant, v. 7300 LAKE SHORE BUILDING CORPORATION.

No. 5731.

Circuit Court of Appeals, Seventh Circuit.

Feb. 28, 1936.

Arthur J. Goldberg, of Chicago, Ill., for appellant.

Frank E. McAllister and Thomas V. Sullivan, both of Chicago, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges, and BALTZELL, District Judge.

PER CURIAM.

On motion and petition of counsel for appellant, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

Richard D. SHEWMAKER v. Henry Thomas DOUGLAS et al.

No. 1320.

Circuit Court of Appeals, Tenth Circuit.

Jan. 16, 1936.

Thompson, Mitchell, Thompson & Young, of St. Louis, Mo., for appellant.

Embry, Johnson, Crowe & Tolbert, of Oklahoma City, Okl., for appellees.

Before LEWIS and BRATTON, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellees.